UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | (22 Counts) |
| v. | ) | Case Number: 2:23-cr-58 |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| JALEN DEANDRE SHORT | ) | 18 U.S.C. § 924(a)(1)(A) |

-FILED-

JUL 19 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**THE GRAND JURY CHARGES:**

**COUNTS 1-11**

On or about the following dates, in the Northern District of Indiana,

**JALEN DEANDRE SHORT,**

defendant herein, in connection with the acquisition of a firearm from each licensed firearms dealer listed below, knowingly made a false and fictitious statement to each licensed firearms dealer that was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of the acquisition of the firearm by the defendant, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that he was the actual transferee/buyer of the firearm when in fact he was not.

| COUNT | DATE | LICENSED FIREARMS DEALER |
|---|---|---|
| 1. | September 21, 2020 | Shoot Point Blank Merrillville |
| 2. | October 9, 2020 | Shoot Point Blank Merrillville |
| 3. | December 15, 2020 | Shoot Point Blank Merrillville |
| 4. | March 11, 2021 | Shoot Point Blank Merrillville |
| 5. | March 19, 2021 | Hobart Lumber Ace Hardware |
| 6. | April 3, 2021 | Shoot Point Blank Merrillville |
| 7. | May 17, 2021 | Shoot Point Blank Merrillville |
| 8. | June 10, 2021 | Hobart Lumber Ace Hardware |
| 9. | June 13, 2021 | Shoot Point Blank Merrillville |
| 10. | September 13, 2021 | Shoot Point Blank Merrillville |
| 11. | October 26, 2021 | Shoot Point Blank Merrillville |

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

**COUNTS 12-22**

On or about the following dates, in the Northern District of Indiana,

**JALEN DEANDRE SHORT,**

defendant herein, knowingly made a false statement and representation to each licensed firearms dealer listed below, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each licensed firearms dealer listed below, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that he was the actual transferee/buyer of the firearm when in fact he was not.

| COUNT | DATE | LICENSED FIREARMS DEALER |
|---|---|---|
| 12. | September 21, 2020 | Shoot Point Blank Merrillville |
| 13. | October 9, 2020 | Shoot Point Blank Merrillville |
| 14. | December 15, 2020 | Shoot Point Blank Merrillville |
| 15. | March 11, 2021 | Shoot Point Blank Merrillville |
| 16. | March 19, 2021 | Hobart Lumber Ace Hardware |
| 17. | April 3, 2021 | Shoot Point Blank Merrillville |
| 18. | May 17, 2021 | Shoot Point Blank Merrillville |
| 19. | June 10, 2021 | Hobart Lumber Ace Hardware |
| 20. | June 13, 2021 | Shoot Point Blank Merrillville |
| 21. | September 13, 2021 | Shoot Point Blank Merrillville |
| 22. | October 26, 2021 | Shoot Point Blank Merrillville |

All in violation of Title 18, United States Code, Sections 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 22 of the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(1)(A) alleged in Counts 1 through 22 of the Indictment, the defendant, **JALEN DEANDRE SHORT**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offenses.

A TRUE BILL:

s/ Grand Jury Foreperson
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: s/ Jerome W. McKeever
Jerome W. McKeever
Assistant United States Attorney

4